No. 177, Misc. HUDSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 180, Misc. SMITH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 181, Misc. DURAN v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 182, Misc. BREAUX v. G. H. LEIDENHEIMER CO., LTD., ET AL. Sup. Ct. La. Certiorari denied. *Floyd J. Reed* for petitioner.

No. 183, Misc. DARBY v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, for respondent.

No. 184, Misc. JONES v. STANTON ET AL. C. A. 6th Cir. Certiorari denied. *Robert K. Dwyer,* Executive Assistant Attorney General of Tennessee, and *Eugene C. Gaerig,* Assistant Attorney General, for respondents.

No. 185, Misc. SYKES v. PURTELL, SHERIFF. Sup. Ct. Wis. Certiorari denied.

No. 186, Misc. NICHOLSON ET AL. v. SIGLER, WARDEN. Sup. Ct. Neb. Certiorari denied.

No. 191, Misc. JONES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.